IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JENNIFER B. KROSCHEWSKI ,

    Plaintiff,

v.

STATE OF WISCONSIN,
BROWN COUNTY CHILD SUPPORT,
CIRCUIT COURT BRANCH 8,

    Defendants.

ORDER

Case No. 14-cv-851-wmc

---

Plaintiff Jennifer B. Kroschewski has filed a proposed civil action titled as a Habeas Corpus in the form of an Affidavit Challenging Jurisdiction and Notice of Removal to Federal Court. Plaintiff has asked for leave to proceed *in forma pauperis* and has supported her request with an affidavit of indigency. The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3,700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

In this case, plaintiff is currently unemployed and has no substantial assets. Accordingly, plaintiff may proceed without any prepayment of fees or costs.

ORDER

IT IS ORDERED that:

1. The motion filed by plaintiff Jennifer B. Kroschewski for leave to proceed without prepayment of fees (Dkt. # 3) is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 15th day of December, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge