IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JENNIFER B. KROSCHEWSKI,

    Plaintiff,

v.

STATE OF WISCONSIN, BROWN
COUNTY CIRCUIT COURT BRANCH 8,

    Defendants.

JUDGMENT IN A CIVIL CASE

14-cv-851-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered remanding this case to the Circuit Court for Brown County, Wisconsin. Alternatively, this case is dismissed without prejudice.

    /s/                                                           12/24/2014

Peter Oppeneer, Clerk of Court                                  Date