IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JENNIFER B. KROSCHEWSKI,

               Plaintiff,

v.

STATE OF WISCONSIN,
BROWN COUNTY, CIRCUIT COURT
BRANCH 8,

               Defendants.

ORDER

14-cv-851-wmc

Plaintiff Jennifer B. Kroschewski attempted to remove a state family court case for the purpose of challenging contempt proceedings against her.  On December 23, 2014, this court remanded the case to the Circuit Court for Brown County, Wisconsin.  Alternatively, the case was dismissed without prejudice for lack of subject matter jurisdiction.

Kroschewski has now filed a "Writ of Error" objecting to the remand order, dkt. # 11, which is construed as a motion seeking to alter or amend the judgment under Fed. R. Civ. P. 59(e).  To prevail on a motion under Rule 59(e), the moving party must identify an error of law that merits reconsideration of the judgment. *See Obriecht v. Raemisch*, 517 F.3d 489, 494 (7th Cir. 2008); *Sigsworth v. City of Aurora, Ill.*, 487 F.3d 506, 511-12 (7th Cir. 2007).  Kroschewski does not show that this case was remanded in error or that she is otherwise entitled to relief from the judgment.  Accordingly, the motion for reconsideration will be denied.

ORDER

IT IS ORDERED that plaintiff Jennifer B. Kroschewski's motion for reconsideration, dkt. # 11, is DENIED.

Entered this 6th day of January, 2015.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge